AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 3 1 2017

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Eduard VAZQUEZ | ) | Case No. M-17-1958-M |
| YOB: 1992 | ) | |
| United States | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 19, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 22 USC 2778<br>18 USC 371 | Intentionally and knowingly conspire to attempt export and/or cause to be exported into Mexico from the United States of America a defense article, to wit: two (2) century arms rifles and one (1) glock pistol which were designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export In violation of Title 22 USC 2778 and Title 18 USC 371. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved:
Robert Wallace AUSA
10/31/2017

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2017
8:44 a.m.

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby United States Magistrate Judge
*Printed name and title*

Attachment "A"

On October 30, 2017, as part of an ongoing firearms trafficking investigation, Homeland Security Investigations (HSI) Special Agents (SA) conducted a consent search of a residence in San Juan, Texas. During the search of the residence SAs encountered Eduard Roel VAZQUEZ as he was trying to exit the residence with a H&K, .22 in caliber, pistol concealed inside his backpack. VAZQUEZ was questioned regarding the firearm and, during questioning, stated that he had purchased a total of six (6) firearms, five (5) of which VAZQUEZ had purchased for an un-named co-conspirator in Mexico.

VAZQUEZ agreed to go to the HSI McAllen office for additional questioning, and prior to leaving the residence, VAZQUEZ recovered receipts for some of the firearms he had purchased and provided them to SAs.

At the HSI office VAZQUEZ was advised of his Miranda rights and stated that he was willing to speak with SAs without an attorney present. VAZQUEZ stated that he had purchased five (5) firearms for two unnamed co-conspirators in Mexico. VAZQUEZ stated the unnamed co-conspirators in Mexico provided him with the money to purchase the firearms and told him which specific firearms to purchase. VAZQUEZ stated that he knew the firearms were intended to be smuggled into Mexico because the unnamed co-conspirators in Mexico told VAZQUEZ they would be taking the firearms into Mexico. VAZQUEZ also stated that he knew it was illegal to smuggle firearms into Mexico and that a license was required to export a firearm from the United States.

VAZQUEZ stated that he received a total of $600.00 USD as payment for supplying five (5) firearms to the unnamed co-conspirators in Mexico.